IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:04CV394-MU

FRONTLINE MANAGEMENT, INC.
    Plaintiff,

v.

DAUNTE CULPEPPER,    **STIPULATION OF VOLUNTARY**
    Defendant,    **DISMISSAL WITH PREJUDICE**

v.

EARL A. LAYNE,
    Third-Party Defendant.

NOW COMES the Defendant and Third-Party Plaintiff, Daunte R. Culpepper, and Plaintiff, Frontline Management, Inc. and Third-Party Defendant, Earl Layne, through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and file this Stipulation of Voluntary Dismissal With Prejudice with respect to all claims, Counterclaims, and Third-Party claims enumerated herein.

This the 21st day of May, 2005.

By: _____  By: _____
Michelle B. Clifton      Daniel T. Blue, Jr.
Grace, Holton, Tisdale & Clifton, P.A.  Thigpen, Blue, Stephens & Fellers
301 North Main Street, Suite 100   Post Office Box 1730
Winston-Salem NC 27101    Raleigh NC 27602
Telephone: (336) 725-9428    Telephone: (191) 833-1931

SO ORDERED this 25th day of June, 2005.

       By: _____
       ROBERT J. CONRAD, JR.
       United States District Judge